UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON W. SADLER,<br><br>Defendant. | NO.   CR26-101 JNW<br><br>FELONY INFORMATION |

The United States charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least December 13, 2025, in King County, within the Western District of Washington, and elsewhere, JASON W. SADLER, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: methamphetamine, heroin, cocaine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

Information - 1
*United States v. Sadler*
USAO No. 2026R00186

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that with respect to JASON W. SADLER, his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers in violation of Title 21, United States Code, Section 841(b)(1)(A).

It is further alleged that with respect to JASON W. SADLER, his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 40 grams of more of a mixture or substance containing a detectable amount of fentanyl in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (B), and 846.

## <u>COUNT 2</u>

### (Unlawful Possession of a Firearm)

On or about December 13, 2025, in King County, within the Western District of Washington, JASON W. SADLER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Kidnapping in the 2nd Degree*, in King County Superior Court, under case number 98-1-03525-7, on or about November 20, 1998;

ii. *Unlawful Possession of a Firearm in the First Degree*, in King County Superior Court, under case number 98-1-03523-1, on or about November 20, 1998;

iii. *Possession of Heroin with Intent to Distribute*, *Possession of Cocaine with Intent to Distribute*, *Use and Carry a Firearm During a Crime of Drug Trafficking*, and *Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR03-002, on or about October 15, 2004;

Information - 2
*United States v. Sadler*
USAO No. 2026R00186

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iv.     *Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR21-084, on or about December 16, 2021; and

v.      *Possession of Contraband in Prison*, in United States District Court for the Western District of Washington, under case number CR23-113, on or about July 29, 2025;

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Smith and Wesson M&P 9mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, JASON W. SADLER shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds Defendant obtained from the offense, as well as any property used, or intended to be used, to commit, or to facilitate the commission of, the offense. Such property includes, but is not limited to:

a.      one Smith and Wesson M&P 9mm pistol, and any associated magazines and ammunition, seized on or about December 22, 2025.

//

//

//

Information - 3
*United States v. Sadler*
USAO No. 2026R00186

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Upon conviction of the offense alleged in Count 2, JASON W. SADLER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the offense. Such property includes, but is not limited to:

    a.    one Smith and Wesson M&P 9mm pistol and any associated ammunition, seized on or about December 22, 2025.

DATED this 20th day of May, 2026.

s/ Sarah Y. Vogel
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

AMY JAQUETTE
Assistant United States Attorney

SEAN H. WAITE
Assistant United States Attorney

Information - 4
*United States v. Sadler*
USAO No. 2026R00186

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970